## SKIPPER v. THE STATE.

(Decided January 22, 1914.)

APPEAL from Dale Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

## SMITH v. CITY OF GADSDEN.

(Decided January 15, 1914.)

APPEAL from Etowah Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for either party.

Per curiam.   Appeal dismissed.

---

## SNELL v. THE STATE.

(Decided November 27, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.

---

## SPENCER v. THE STATE.

(Decided November 20, 1913.)

APPEAL from Russell Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, for the State.

Per curiam.   Appeal dismissed.